Electronically Filed by Superior Court of California, County of Orange, 03/30/2021 10:50:00 AM.
30-2020-01153042-CU-PN-CJC - ROA # 10 - DAVID H. YAMASAKI, Clerk of the Court By Sarah Loose, Deputy Clerk.
Case 8:21-cv-00307-JVS-JDE   Document 1-2   Filed 08/05/21   Page 1 of 10   Page ID #:10

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| KEVIN R. JOLLY, State Bar No. 172328<br>JOLLY BERRY LAW<br>27762 Vista del Lago, Suite A-11<br>Mission Viejo, CA 92692<br>TELEPHONE NO: (949) 515-9000   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* kj@jollyberrylaw.com<br>ATTORNEY FOR *(Name):* Plaintiff Ernie D. Calderas | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 700 Civic Center Dr. West
MAILING ADDRESS: 700 Civic Center Dr. West
CITY AND ZIP CODE: Santa Ana, CA 92702
BRANCH NAME: Central Justice Center

PLAINTIFF: Ernie D. Calderas

DEFENDANT: Target Corporation

☒ DOES 1 TO 15

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☒ **AMENDED** *(Number):* First

**Type** *(check all that apply):*
☐ MOTOR VEHICLE   ☒ OTHER *(specify):* Premises Liability
  ☐ Property Damage   ☐ Wrongful Death
  ☒ Personal Injury   ☒ Other Damages *(specify):* Gen. Negligence

**Jurisdiction** *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded ☐ does not exceed $10,000
  ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:
30-2020-01153042-CU-PN-CJC

---

1. **Plaintiff** *(name or names):* Ernie D. Calderas
   alleges causes of action against **defendant** *(name or names):* Target Corporation

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: CALDERAS v. TARGET | CASE NUMBER: 30-2020-01153042-CU-PN-CJC |
|---|---|

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name):* Target Corporation
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1 to 15 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 1 to 15 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☒ Plaintiff is required to comply with a claims statute, **and**
   a. ☒ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: CALDERAS v. TARGET | CASE NUMBER: 30-2020-01153042-CU-PN-CJC |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
    All paragraphs of this Amended Complaint

Date: February 24, 2021

Kevin R. Jolly, Esq.
(TYPE OR PRINT NAME)

▶ *(signed)* Kevin R. Jolly
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| CALDERAS v. TARGET | 30-2020-01153042-CU-PN-CJC |

FIRST **CAUSE OF ACTION—Premises Liability**     Page 4
  (number)

ATTACHMENT TO   ☒ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Ernie D. Calderas
  alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
  On *(date):* on or about July 30, 2018    plaintiff was injured on the following premises in the following
  fashion *(description of premises and circumstances of injury):*
  at or near Target located at 1330 17th Street in the City of Santa Ana, County of Orange, Plaintiff slipped and fell.

Prem.L-2.  ☒  **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
  Target Corporation

  ☒ Does 1 to 15, Inclusive.

Prem.L-3.  ☒  **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

  ☒ Does 1 to 15
  Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4.  ☐  **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

  ☐ Does ___ to ___
  a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
  b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☒  **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
  Each Defendant as to the other;

  ☒ Does 1 to 15, Inclusive.

  b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
    ☐ described in attachment Prem.L-5.b  ☐ as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE:<br>CALDERAS v. TARGET | CASE NUMBER:<br>30-2020-01153042-CU-PN-CJC |
|---|---|

<u>SECOND</u>     **CAUSE OF ACTION—General Negligence**     Page  <u>5</u>
   (number)

ATTACHMENT TO   ☒   Complaint   ☐   Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Ernie D. Calderas

   alleges that defendant *(name):* Target Corporation

   ☒   Does <u>1</u>   to   <u>15, inclusive</u>

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* July 30, 2018
at *(place):* or near Target located at 1330 17th Street in the City of Santa Ana, County of Orange, CA.

*(description of reasons for liability):*
On the date and at the location mentioned above, Plaintiff, Ernie D. Calderas (hereinafter referred to as "Plaintiff"), while exercising due care and caution for his safety, had completed his shopping and was making his way to the check out lanes and silpped while walking in the main center aisle. Plaintiff had a violent fall causing injuries to his left knee, right elbow and lower lumbar region. Plainitiff was able to get to his feet where he was informed by an unknown witness that he had silpped on an unknown substance on the floor. At the time it was noticed that the substance had left a spillage trail leading to the checkout lanes where it was being cleaned up by employees. A failure to follow the spillage trail resulted in Plaintiff slipping and falling.

It was the duty of the aforesaid Defendant and its employees to use ordinary care and diligence to keep and maintain the said premises for its intended purposes and free from all defects and conditions which would render it unsafe for its intended use.

The fall and resulting injuries of Plaintiff's were caused by the negligence of the aforesaid Defendant and its employees who failed to utilize reasonable care in the maintenance of said premises. Said fall has forced Plaintiff to incur medical expenses, as well as suffer severe physical pain, limitations in everday duties and mental anguish that has yet to subside.

The aforesaid acts of negligence on the part of the Defendant and its employees were the proximate cause of Plaintiff's injuries and the damages suffered therein.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Case 8:21-cv-01307-JDE Document 1 Filed 08/05/21 Page 6 of 10 Page ID #:15
30-2020-01153042-CU-PN-CJC - ROA # - DAVID H. YAMASAKI, Clerk of the Court By Omar Saldivar, Deputy Clerk.
Electronically Filed by Superior Court of California, County of Orange, 07/28/2020 00:30:54 PM.

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ernie D. Calderas (non-attorney)<br>1817 N. McClay St.<br>Santa Ana, CA 92705<br>TELEPHONE NO: 714-454-9938   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): erniecalderas@gmail.com<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 777 W. Civic Center Dr.
MAILING ADDRESS: 777 W. Civic Center Dr.
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: The Superior Court of California - County of Orange

PLAINTIFF: Ernie D. Calderas

DEFENDANT: Target Corporation

[X] DOES 1 TO   15,

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE  [X] OTHER (specify): Premises Liability
[ ] Property Damage  [ ] Wrongful Death
[ ] Personal Injury  [X] Other Damages (specify): General Negligence

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded [ ] does not exceed $10,000
  [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER:
30-2020-01153042-CU-PN-CJC

*Assigned to for all purposes:*
Judge Derek W. Hunt

1. Plaintiff (name or names): Ernie D. Calderas
alleges causes of action against defendant (name or names): Target Corporation,

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult: Yes
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder |

PLD-PI-001

| SHORT TITLE: Calderas v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):* Ernie D. Calderas
   is doing business under the fictitious name *(specify):* N/A

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [X] **except** defendant *(name):* Target Corp.
      (1) [X] a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants *(specify Doe numbers):* 1 to 15 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants *(specify Doe numbers):* 1 to 15 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: Calderas v. Target Corporation, et al. | CASE NUMBER |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other (specify):

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage (specify):
        Possible long term bodily damage.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

    The "Fall" occured in Santa Ana, CA

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers): All paragraphs of this complaint.

Date: July 15, 2020

Ernie D. Calderas
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]  COMPLAINT—Personal Injury, Property Damage, Wrongful Death    Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: Calderas v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

<u>     FIRST     </u> **CAUSE OF ACTION—Premises Liability**    Page <u>  4  </u>
(number)

ATTACHMENT TO   [X] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Ernie D. Calderas
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* or about July 30, 2018    plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):* at or near Target located at 1330 17th Street, in the City of Santa Ana, County of Orange, Plaintiff slipped and fell.

Prem.L-2.   [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* Target Corporation

[X] Does _____ to _____

Prem.L-3.   [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):* Target Corporation

[ ] Does _____ to _____

Plaintiff, a recreational user, was   [ ] an invited guest   [ ] a paying guest.

Prem.L-4.   [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):* EACH DEFENDANT AS TO THE OTHER.

[X] Does _____ to _____

b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [X] as follows *(names):* Target Corporation

Page 1 of 1

PLD-PI-001(2)

| SHORT TITLE: Calderas v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

## SECOND CAUSE OF ACTION—General Negligence   Page 5
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Ernie D. Calderas

alleges that defendant *(name):* Target Corporation

[X] Does    1    to   15, inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* or about July 30, 2018

at *(place):* or near Target located at 1330 17th Street, in the City of Santa Ana, County of Orange, CA

*(description of reasons for liability):*

On the date and at the location mentioned above Plaintiff, Ernie D. Calderas, (hereinafter referred to as "Plaintiff") while exercising due care and caution for his safety, Plaintiff was in the refrigerated section of the store containing cheese and lunch meat. Plaintiff slipped on milk that had been spilled on the floor. Due to the time that the milk was on the ground Plaintiff noticed it being grey in color due to carts/patrons walking through the area.

It was the duty of the aforesaid Defendants to use ordinary care and diligence to keep and maintain the said premises for its intended purposes and free from all defects and conditions which would render it unsafe for its intended use.

The fall and resulting injuries of Plaintiff were caused by the negligence of aforesaid Defendants who failed to utilize reasonable care in the maintenance of said premises. Said fall has forced Plaintiff to incur medical expenses, as well as suffer severe physical pain and mental anguish.

The aforesaid acts of negligence on the part of the Defendants were the proximate cause of Plaintiff's injuries and the damages suffered therein.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder-