HORTON, OBERRECHT & KIRKPATRICK
Cheryl Kirkpatrick (SBN 149906)
ckirkpatrick@hortonfirm.com
3 Park Plaza, Ste. 350
Irvine, CA 92614
Tel: (949) 251-5100
Fax: (949) 251-5104

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ERNIE D. CALDERAS,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, *et al.,*<br><br>    Defendants. | CASE NO: 8:21−cv−01307−JVS−JDE<br><br>Judge: Hon. James V. Selna<br><br>**TARGET CORPORATION'S WITNESS LIST** |

Defendant Target Corporation (hereinafter referred to as "TARGET") submits its witness list. TARGET reserves the right to amend this list at a later date and time. Witnesses with an asterisk (*) denotes those witnesses that TARGET will call only if the need arises.

| No. | Name | Address | Telephone No. |
|---|---|---|---|
| | Target Corporation | | |
| 1 | Ernie Calderas | c/o JOLLY BERRY LAW<br>27762 Vista del Lago, Suite A-11<br>Mission Viejo, CA 92692 | 949-515-9000 |

1
TARGET CORORATION'S MEMORANDUM OF CONTENTIONS OF FACTS & LAW

| | | | |
|---|---|---|---|
| 2 | Steven C. Dennis, M.D. | c/o Horton, Oberrecht, Kirkpatrick<br>3 Park Plaza, Ste. 350,<br>Irvine, CA 92614. | 949-251-5100 |
| 3 | Samuel Bederman, M.D.* | c/o JOLLY BERRY LAW<br>27762 Vista del Lago, Suite A-11<br>Mission Viejo, CA 92692 | 949-515-9000 |
| 4 | Lillia Bola | c/o Horton, Oberrecht, Kirkpatrick<br>3 Park Plaza, Ste. 350,<br>Irvine, CA 92614. | 949-251-5100 |
| 5 | Michael Westrum* | c/o Horton, Oberrecht, Kirkpatrick<br>3 Park Plaza, Ste. 350,<br>Irvine, CA 92614. | 949-251-5100 |
| 6 | Jeremy Navarro* | c/o Horton, Oberrecht, Kirkpatrick<br>3 Park Plaza, Ste. 350,<br>Irvine, CA 92614. | 949-251-5100 |
| | | | |

DATED:  August 22, 2022                                HORTON, OBERRECHT & KIRKPATRICK

By:_____
_____
Cheryl Kirkpatrick
Attorneys for Defendant
TARGET CORPORATION

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: HORTON, OBERRECHT & KIRKPATRICK, 3 Park Plaza, Suite 350, Irvine, California 92614.

On August 22, 2022, I served the foregoing document described as: **Target Corporation's Witness List,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[ ]  **BY MAIL** – I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[ ]  **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by [name of process server].

[ X ]  **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ X ]  (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 22, 2022, at Irvine, California.

*[signature]*

Crystal Thompson

---

3
TARGET CORORATION'S MEMORANDUM OF CONTENTIONS OF FACTS & LAW

# **SERVICE LIST**

Calderas v. Target Corporation
Orange County Superior Court –30-2020-01153042
United States District Court Central District of California:

Kevin R. Jolly, Esq.
Leah Berry, Esq.
JOLLY BERRY LAW
27762 Vista del Lago, Suite A-11
Mission Viejo, CA 92692
Telephone: (949) 515-9000
Email: kj@jollyberrylaw.com;   receptionist@jollyberrylaw.com;
leah@jollyberrylaw.com; casemanager@jollyberrylaw.com

Attorneys for Plaintiff Ernie D. Calderas